

# Fourth Court of Appeals
## San Antonio, Texas

July 17, 2018

No. 04-18-00456-CR

Henry T. **GARLAND**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2001CR7086
Honorable Catherine Torres-Stahl, Judge Presiding

# O R D E R

Henry T. Garland filed a notice of appeal from the trial court's May 4, 2018 order denying Garland's request for appointment of counsel pursuant to Chapter 64 of the Texas Code of Criminal Procedure. The clerk's record has been filed.

The trial court's decision to deny a request for appointed counsel to assist in filing a motion for DNA testing under Chapter 64 is not an appealable order. *See Whitfield v. State*, 430 S.W.3d 405, 408 n. 11 (Tex. Crim. App. 2014); *Ex parte Gutierrez*, 337 S.W.3d 883, 889 (Tex. Crim. App. 2011). We therefore order appellant to show cause by **August 1, 2018** why this appeal should not be dismissed for lack of jurisdiction.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of July, 2018.

_____
Keith E. Hottle
Clerk of Court